OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 787

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/14/2015
Dorsey, Kanavius                Tr. Ct. No. 1408986          COA Case No. 01-14-00685-CR
                                                            PD-1168-15

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to October 30, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel A
REF

KANAVIUS DORSEY
LEWIS UNIT - TDC# 1922478
777 FM 3497
WOODVILLE, TX 75990

N3B 75990